# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

| | |
|---|---|
| **Debtor:** | THERESA J. HENDRICKS |
| **Case Number:** | 17-21711-JAD    Chapter: 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 29, 2018 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
4/2/18 3:07 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Matter:**

#14 - Continued Confirmation of Plan Dated 5/19/17 (NFC)
R / M #:  14 / 0

**Appearances:**

Debtor: Eisen
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor: Hunt for Pgh City & SD & PWSA
           Wirmbrodt for Bank of NY Mellon

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 6/14/18 at 1:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

mortgage matured w/in plan term.

Debtor does not believe current plan payments feasible. Cen't for Debtor to decide what to do with case.

3/23/2018    1:05:49PM