## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | THERESA J. HENDRICKS |
| Case Number: | 17-21711-JAD    Chapter: 13 |
| Date / Time / Room: | THURSDAY, AUGUST 23, 2018 10:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
8/27/18 8:38 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#14 - Continued Confirmation of Plan Dated 5/19/2017 (NFC)
R / M #:  14 / 0

### *Appearances:*

Debtor: Eisen
Trustee: Winnecour / Pail / Katz / **DeSimone**
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by  9-13-18 .
   Objections are due on or before  10-4-18
   A hearing on the Amended Plan is set for  11-15-18  at  10:30 .
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

8/16/2018  10:58:31 AM