# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
THERESA J. HENDRICKS                                    Case No. 17-21711JAD

            Debtor(s)
RONDA J. WINNECOUR,                                     Chapter 13
Standing Chapter 13 Trustee,

            Movant                                 Document No __
    vs.
PA DEPARTMENT OF REVENUE*

            Respondents

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

PA DEPARTMENT OF REVENUE*                              Court claim# 1/Trustee CID# 32
BUR OF COMPL SECT-DEPT 280946
STRAWBERRY SQ
HARRISBURG, PA 17128

The Movant further certifies that on 03/05/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>THERESA J. HENDRICKS, 1102 BLACKADORE AVE, PITTSBURGH, PA 15221 | DEBTOR'S COUNSEL:<br>MICHAEL C EISEN ESQ, M EISEN AND ASSOCIATES PC, 404 MCKNIGHT PARK DR, PITTSBURGH, PA  15237 |
| ORIGINAL CREDITOR:<br>PA DEPARTMENT OF REVENUE*, BUR OF COMPL SECT-DEPT 280946, STRAWBERRY SQ, HARRISBURG, PA 17128 | ORIGINAL CREDITOR'S COUNSEL:<br>COMMONWEALTH OF PENNSYLVANIA**, OFC OF THE ATTORNEY GENERAL (PA REV NTCS), 1251 WATERFRONT PL, MEZZANINE LEVEL, PITTSBURGH, PA  15222 |
| NEW CREDITOR: | |