# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

02/01/2022

IN RE:

THERESA J. HENDRICKS
1102 BLACKADORE AVE
PITTSBURGH, PA 15221
XXX-XX-4931          Debtor(s)

Case No.17-21711 JAD

Chapter 13

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/1/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| | | |
|---|---|---|
| **SYNCHRONY BANK** | Trustee Claim Number:1  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.:  8351 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  CARE CREDIT/PRAE | |

| | | |
|---|---|---|
| **BERNSTEIN BURKLEY PC** | Trustee Claim Number:2  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC\*** | Trustee Claim Number:3  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.: |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  /PRAE | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - INDENTURE TR** | Trustee Claim Number:4  INT %: 0.00% | CRED DESC:  MORTGAGE PAID IN FULL |
| C/O NATIONSTAR MORTGAGE LLC\* | Court Claim Number:17 | ACCOUNT NO.:  3604 |
| PO BOX 619094 | | |
| | CLAIM:  930.24 | |
| DALLAS, TX  75261 | COMMENT:  SURR/PL\*42k@3%MDF/PL@NATIONSTAR\*LMP TERM\*CL=$62,480.38 | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA\*\*** | Trustee Claim Number:5  INT %: 6.00% | CRED DESC:  VEHICLE |
| PO BOX 560284 | Court Claim Number:3 | ACCOUNT NO.:  4195 |
| | CLAIM:  7,875.00 | |
| DALLAS, TX  75356 | COMMENT:  $CL-PL@6%/PL\*W/34 | |

| | | |
|---|---|---|
| **ROBERT W WILLIAMS ESQ** | Trustee Claim Number:6  INT %: 0.00% | CRED DESC:  NOTICE ONLY |
| C/O MILSTEAD AND ASSOCIATES | Court Claim Number: | ACCOUNT NO.: |
| 1 EAST STOW RD | | |
| | CLAIM:  0.00 | |
| MARLTON, NJ  08053 | COMMENT: | |

| | | |
|---|---|---|
| **JORDAN TAX SERVICE INC\*\*** | Trustee Claim Number:7  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| 102 RAHWAY RD | Court Claim Number: | ACCOUNT NO.:  2451 |
| | CLAIM:  0.00 | |
| MC MURRAY, PA  15317 | COMMENT:  SAME DEBT AS CID 37\*12~ALLEGHENY CO~EIT/SCH | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE\*** | Trustee Claim Number:8  INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.:  4931 |
| PO BOX 7317 | | |
| | CLAIM:  361.26 | |
| PHILADELPHIA, PA  19101-7317 | COMMENT:  $@0%/CL-PL | |

| | | |
|---|---|---|
| **ACBA FCU(\*)** | Trustee Claim Number:9  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| THE BANK TOWER | Court Claim Number:11 | ACCOUNT NO.:  5309 |
| 307 4TH AVE - STE 801 | | |
| | CLAIM:  4,922.58 | |
| PITTSBURGH, PA  15222 | COMMENT:  0903/SCH\*NO POD | |

| | | |
|---|---|---|
| **ACBA FCU(\*)** | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
| THE BANK TOWER | Court Claim Number: | ACCOUNT NO.:  0901 |
| 307 4TH AVE - STE 801 | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15222 | COMMENT: | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **ACBA FCU(*)** | Trustee Claim Number:11 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| THE BANK TOWER | Court Claim Number: | ACCOUNT NO.: 0904 |
| 307 4TH AVE - STE 801 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15222 | COMMENT: | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:12 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:15 | ACCOUNT NO.: 2037 |
| | CLAIM: 1,057.92 | |
| NORFOLK, VA 23541 | COMMENT: ALLIANCE ONE/CAP ONE | |

| | | |
|---|---|---|
| **BARCLAYS BANK DELAWARE** | Trustee Claim Number:13 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 125 S WEST ST | Court Claim Number: | ACCOUNT NO.: 4186 |
| | CLAIM: 0.00 | |
| WILMINGTON, DE 19801 | COMMENT: NT ADR/SCH | |

| | | |
|---|---|---|
| **CLEARVIEW FCU\*\*** | Trustee Claim Number:14 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 8805 UNIVERSITY BLVD | Court Claim Number:5 | ACCOUNT NO.: |
| | CLAIM: 700.78 | |
| MOON TWP, PA 15108-4212 | COMMENT: 0172/SCH | |

| | | |
|---|---|---|
| **CONVERGENT OUTSOURCING INCORP** | Trustee Claim Number:15 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 800 SW 39TH ST | Court Claim Number: | ACCOUNT NO.: 3664 |
| | CLAIM: 0.00 | |
| RENTON, WA 98057 | COMMENT: SPRINT/SCH | |

| | | |
|---|---|---|
| **CREDIT COLLECTIONS USA** | Trustee Claim Number:16 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 16 DISTRIBUTOR DRIVE | Court Claim Number: | ACCOUNT NO.: 4630 |
| STE 1 | | |
| MORGANTOWN, PA 26501-7209 | CLAIM: 0.00 | |
| | COMMENT: GROFF ORTHO SPORTS MED/SCH | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:17 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:9 | ACCOUNT NO.: 0001 |
| | CLAIM: 640.51 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: 1866/SCH*CHARGE OFF: 5/30/2015 | |

| | | |
|---|---|---|
| **DUQUESNE LIGHT COMPANY\*** | Trustee Claim Number:18 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN. LITIGATION COUNSEL | Court Claim Number: | ACCOUNT NO.: 0971 |
| 411 SEVENTH AVE | | |
| MAIL DROP 16-1 | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: | |

| | | |
|---|---|---|
| **ERC** | Trustee Claim Number:19 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 57547 | Court Claim Number: | ACCOUNT NO.: 0471 |
| | CLAIM: 0.00 | |
| JACKSONVILLE, FL 32241 | COMMENT: COMCAST/SCH | |

| | | |
|---|---|---|
| **PREMIER BANKCARD LLC; JEFFERSON CAPITA** | Trustee Claim Number:20 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O JEFFERSON CAPITAL SYSTEMS LLC\* | Court Claim Number:12 | ACCOUNT NO.: 6381 |
| PO BOX 772813 | | |
| CHICAGO, IL 60677-2813 | CLAIM: 565.21 | |
| | COMMENT: 1432/SCH*REF 3366130480*CHARGE OFF 10/30/2014 | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **MIDLAND FUNDING LLC** | Trustee Claim Number:21 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEN | Court Claim Number:13 | ACCOUNT NO.: 3029 |
| PO BOX 2011 | | |
| | CLAIM: 439.06 | |
| WARREN, MI 48090 | COMMENT: 8132/SCH*SYNCHRONY/OLD NAVY | |

| | | |
|---|---|---|
| **DEPARTMENT STORES NATIONAL BANK** | Trustee Claim Number:22 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| C/O QUANTUM3 GROUP LLC | Court Claim Number:14 | ACCOUNT NO.: 1580 |
| PO BOX 657 | | |
| | CLAIM: 486.62 | |
| KIRKLAND, WA 98083-0657 | COMMENT: 1856/SCH*MACYS | |

| | | |
|---|---|---|
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | Trustee Claim Number:23 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 12914 | Court Claim Number:16 | ACCOUNT NO.: 6494 |
| | CLAIM: 666.81 | |
| NORFOLK, VA 23541 | COMMENT: 0442/SCH*CAP ONE | |

| | | |
|---|---|---|
| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:24 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number:8 | ACCOUNT NO.: 4911 |
| 375 NORTH SHORE DR | | |
| | CLAIM: 2,645.38 | |
| PITTSBURGH, PA 15212 | COMMENT: | |

| | | |
|---|---|---|
| **PITTSBURGH PARKING COURT** | Trustee Claim Number:25 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 640 | Court Claim Number: | ACCOUNT NO.: 4397 |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15230 | COMMENT: | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:26 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O GRB LAW | Court Claim Number:7 | ACCOUNT NO.: 4H78 |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: SURR/PL*174H98;THRU 4/25/17*UNS/SCH*WNTS 10%*CL=$2,101.93*W/38 | |

| | | |
|---|---|---|
| **PRA/PORTFOLIO RECOVERY ASSOC** | Trustee Claim Number:27 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| POB 12914 | Court Claim Number: | ACCOUNT NO.: 8351 |
| | CLAIM: 0.00 | |
| NORFOLK, VA 23541 | COMMENT: NO$~SYNCHRONY BANK/SCH | |

| | | |
|---|---|---|
| **QUEST DIAGNOSTICS INC** | Trustee Claim Number:28 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 875 GREENTREE RD | Court Claim Number: | ACCOUNT NO.: 4631 |
| 4 PARKWAY CTR | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15220 | COMMENT: | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:29 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number:2 | ACCOUNT NO.: 9050 |
| | CLAIM: 704.48 | |
| COLUMBUS, OH 43231 | COMMENT: 5233/SCH | |

| | | |
|---|---|---|
| **APELLES++** | Trustee Claim Number:30 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| POB 1197 | Court Claim Number: | ACCOUNT NO.: 6147 |
| | CLAIM: 0.00 | |
| WESTERVILLE, OH 43086 | COMMENT: NT ADR/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **WELTMAN WEINBERG & REIS CO LPA** | Trustee Claim Number:31 INT %: 0.00% | CRED DESC: SPECIAL NOTICE ONLY |
| 2500 KOPPERS BUILDING | Court Claim Number: | ACCOUNT NO.: |
| 436 SEVENTH AVE | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219-1842 | COMMENT: | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:32 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.: 4931 |
| STRAWBERRY SQ | | |
| | CLAIM: 81.92 | |
| HARRISBURG, PA 17128 | COMMENT: $@0%/CL-PL*$ RTND*NTC-RSV | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:33 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.: 4931 |
| STRAWBERRY SQ | | |
| | CLAIM: 3.85 | |
| HARRISBURG, PA 17128 | COMMENT: NT/SCH*$ RTND~NTC RSV @ 32 | |

| | | |
|---|---|---|
| **SANTANDER CONSUMER USA**** | Trustee Claim Number:34 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 560284 | Court Claim Number:3 | ACCOUNT NO.: 4195 |
| | CLAIM: 7,800.96 | |
| DALLAS, TX 75356 | COMMENT: NO GEN UNS/SCH*W/5 | |

| | | |
|---|---|---|
| **INTERNAL REVENUE SERVICE*** | Trustee Claim Number:35 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| CENTRALIZED INSOLVENCY-TRUSTEE REMITS | Court Claim Number:4 | ACCOUNT NO.: 4931 |
| PO BOX 7317 | | |
| | CLAIM: 59.18 | |
| PHILADELPHIA, PA 19101-7317 | COMMENT: NO GEN UNS/SCH | |

| | | |
|---|---|---|
| **JEFFREY R HUNT ESQ** | Trustee Claim Number:36 INT %: 0.00% | CRED DESC: NOTICE ONLY |
| GRB LAW | Court Claim Number: | ACCOUNT NO.: |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: CITY AND SD OF PGH/PRAE | |

| | | |
|---|---|---|
| **CITY AND SCHOOL DISTRICT OF PITTSBURGH (** | Trustee Claim Number:37 INT %: 0.00% | CRED DESC: PRIORITY CREDITOR |
| C/O JORDAN TAX SERVICE INC - DLNQ YRS | Court Claim Number:6 | ACCOUNT NO.: 2451 |
| 102 RAHWAY RD | | |
| | CLAIM: 2,107.60 | |
| MCMURRAY, PA 15317 | COMMENT: SCH@7*$@0%/CL-PL*12,14 | |

| | | |
|---|---|---|
| **PITTSBURGH WATER & SEWER AUTHORITY(*)** | Trustee Claim Number:38 INT %: 0.00% | CRED DESC: SECURED CREDITOR |
| C/O GRB LAW | Court Claim Number:7 | ACCOUNT NO.: 4H78 |
| 525 WILLIAM PENN PLACE STE 3110 | | |
| | CLAIM: 0.00 | |
| PITTSBURGH, PA 15219 | COMMENT: SURR/PL*174H98;THRU 4/25/17*NON%*UNS/SCH*CL=$1,752.95*W/26 | |

| | | |
|---|---|---|
| **BANK OF NEW YORK MELLON - INDENTURE TR** | Trustee Claim Number:39 INT %: 0.00% | CRED DESC: MORTGAGE REGULAR PAYMEI |
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:17 | ACCOUNT NO.: 3604 |
| PO BOX 619094 | | |
| | CLAIM: 0.00 | |
| DALLAS, TX 75261 | COMMENT: LMP DENIED*DKT | |

| | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE** | Trustee Claim Number:40 INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 248838 | Court Claim Number:10 | ACCOUNT NO.: 0001 |
| | CLAIM: 163.20 | |
| OKLAHOMA CITY, OK 73124-8838 | COMMENT: ACCT NT/SCH | |

**CLAIM RECORDS**

---

| **BANK OF NEW YORK MELLON - INDENTURE TR** | Trustee Claim Number:41  INT %:  0.00% | CRED DESC:  Post Petition Escrow |
|---|---|---|
| C/O NATIONSTAR MORTGAGE LLC* | Court Claim Number:17 | ACCOUNT NO.:  3604 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261 | COMMENT:  SURR/PL*BGN 5/17*LMP TERM | |

---

| **ALDRIDGE PITE LLP** | Trustee Claim Number:42  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 4375 JUTLAND DR STE 200 | Court Claim Number: | ACCOUNT NO.: |
| PO BOX 17933 | | |
| | CLAIM:  0.00 | |
| SAN DIEGO, CA  92177-0933 | COMMENT:  NATIONSTAR MORT~MR COOPER/PRAE | |

---

| **PEOPLES NATURAL GAS CO LLC*** | Trustee Claim Number:43  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| ATTN BANKRUPTCY DEPARTMENT | Court Claim Number: | ACCOUNT NO.:  0508 |
| 375 NORTH SHORE DR | | |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15212 | COMMENT:  PMT/OE-PL*BGN 10/18 DIST | |