IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Case No. 17-21711-JAD |
| Theresa J. Hendricks | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | Doc #_____ |
| Ronda J. Winnecour, Chapter 13 Trustee | ) | |
| Movant(s) | ) | |
| vs. | ) | |
| Theresa J. Hendricks | ) | |
| | ) | |
| Respondent(s) | ) | |

<u>NOTICE OF ZOOM HEARING ON MOTION OF TRUSTEE FOR DISMISSAL</u>

[Not for publication by any newspaper creditor]

TO ALL PARTIES IN INTEREST:

Notice is hereby given pursuant to Bankruptcy Rule 1017 that the Trustee shall separately serve on the debtor(s) a Motion to Dismiss the Chapter 13 Case.

If no response is timely filed from any party of interest, the motion will be granted by default without a hearing. If a written response is timely filed, a Zoom Hearing on the Trustee's motion will be held on May 13, 2022, at 10:00 a.m. before Judge Jeffery A. Deller. Parties wishing to appear by Zoom shall make arrangements as directed by Judge Jeffery A. Deller's Zoom Procedures at http://www/pawb.uscourts.gov/content/judge-jeffery-deller. Any party wishing to be heard at the hearing on the Trustee's Motion to Dismiss should file a written response on or before May 2, 2022.

| | |
|---|---|
| 4/12/2022 | /s/ Ronda J. Winnecour |
| Date | Ronda J. Winnecour (PA I.D. #30399) |
| | Attorney and Chapter 13 Trustee |
| | U.S. Steel Tower – Suite 3250 |
| | 600 Grant Street |
| | Pittsburgh, PA  15219 |
| | (412) 471-5566 |
| | cmecf@chapter13trusteewdpa.com |