**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　THERESA J. HENDRICKS<br><br>　　　　　Debtor(s)<br>Ronda J. Winnecour, Trustee<br>　　　Movant<br>　　vs.<br>　THERESA J. HENDRICKS<br><br>　　　　　Respondents | Case No.17-21711JAD<br><br><br>Chapter 13<br><br>　Related to<br>Document No.＿＿78＿＿ |

### ORDER TO STOP PAYROLL DEDUCTIONS

　AND NOW, this ＿＿20th＿＿ day of ＿April＿ , 2022, it is hereby ORDERED, ADJUDGED, and DECREED that

Us Department Of The Interior*
Payroll Operations Division D-2640
Interior Business Center
Po Box 272030
Denver,CO 80227-

is hereby ordered to immediately terminate the attachment of the wages of THERESA J. HENDRICKS, social security number XXX-XX-4931.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of THERESA J. HENDRICKS.

BY THE COURT:

_/s/ JBD_
sjk

UNITED STATES BANKRUPTCY JUDGE
Jeffery A. Deller

cc: Debtor(s)
　Debtor(s) Attorney

FILED
4/20/22 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21711-JAD
Theresa J. Hendricks     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Apr 20, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

**Recip ID    Recipient Name and Address**
db    + Theresa J. Hendricks, 1102 Blackadore Ave, Pittsburgh, PA 15221-1316

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:**

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bnicholas@kmllawgroup.com

Jeffrey R. Hunt
    on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Matthew Christian Waldt
    on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com

Michael C. Eisen
    on behalf of Debtor Theresa J. Hendricks attorneyeisen@yahoo.com aarin96@hotmail.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9