IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: ) | Case No. 17-21711-JAD | |
| Theresa J. Hendricks ) | Chapter 13 | |
| ) | | |
| Debtor(s) ) | Doc #_____ | |
| Ronda J. Winnecour, Chapter 13 Trustee ) | | |
| Movant(s) ) | Related to Docs. #76 and 79 | |
| vs. ) | | |
| Theresa J. Hendricks ) | | |
| ) | | |
| Respondent(s) ) | | |

### WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS

The Motion to Dismiss that was filed in the above-referenced case on April 12, 2022 (document #76) is hereby WITHDRAWN. The hearing scheduled for May 13, 2022 is cancelled.

Respectfully submitted

4/20/2022

/s/ Ronda J. Winnecour
Ronda J. Winnecour (PA I.D. #30399)
Attorney and Chapter 13 Trustee
U.S. Steel Tower – Suite 3250
600 Grant Street
Pittsburgh, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

4/20/2022                         SO ORDERED.

FILED
4/20/22 12:50 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

sjk

Jeffery A. Deller, U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:            Case No. 17-21711-JAD
Theresa J. Hendricks      Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4
Date Rcvd: Apr 20, 2022      Form ID: pdf900      Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa J. Hendricks, 1102 Blackadore Ave, Pittsburgh, PA 15221-1316 |
| 14409945 | + | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14409959 | + | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14409962 | + | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522164 | + | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 14522165 | + | Pittsburgh Water & Sewer Authority, Penn Liberty Plaza I, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 14409964 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14409965 | + | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 20 2022 23:34:00 | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 20 2022 23:34:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14522145 | + | Email/Text: acbafcu@onecommail.com | Apr 20 2022 23:34:00 | ACBA FCU, 307 4th Ave, Pittsburgh, PA 15222-2108 |
| 14409944 | + | Email/Text: acbafcu@onecommail.com | Apr 20 2022 23:34:00 | ACBA Federal Credit Union, The Bank Tower Suite 801, 307 Fourth Ave, Pittsburgh, PA 15222-2113 |
| 14409946 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 20 2022 23:33:00 | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14409947 | + | Email/Text: documents@apellesnow.com | Apr 20 2022 23:34:00 | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |
| 14409953 | | Email/Text: kburkley@bernsteinlaw.com | Apr 20 2022 23:34:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14409948 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 20 2022 23:34:00 | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14651791 | + | Email/Text: ebnjts@grblaw.com | Apr 20 2022 23:34:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14409949 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 20 2022 23:34:00 | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14409950 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 20 2022 23:34:00 | Convergent Outsourcing, 800 SW 39th Street, PO |

Case 17-21711-JAD    Doc 83    Filed 04/22/22    Entered 04/23/22 00:25:42    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | | Box 9004, Renton, WA 98057-9004 |
| 14409951 | + Email/Text: ccusa@ccuhome.com | Apr 20 2022 23:33:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14409958 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 20 2022 23:39:15 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14697344 | Email/Text: bnc-quantum@quantum3group.com | Apr 20 2022 23:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14409952 | + Email/Text: bankruptcynotices@dcicollect.com | Apr 20 2022 23:34:00 | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14409954 | + Email/Text: bknotice@ercbpo.com | Apr 20 2022 23:34:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14409955 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 20 2022 23:39:20 | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14409956 | + Email/Text: crdept@na.firstsource.com | Apr 20 2022 23:34:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14409957 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 20 2022 23:34:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690909 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2022 23:34:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14409960 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2022 23:34:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14409961 | + Email/Text: ngisupport@radiusgs.com | Apr 20 2022 23:34:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14409963 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 20 2022 23:39:14 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14410822 | + Email/PDF: rmscedi@recoverycorp.com | Apr 20 2022 23:39:14 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14419992 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2022 23:34:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14659012 | + Email/Text: ebnpeoples@grblaw.com | Apr 20 2022 23:34:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14651792 | + Email/Text: ebnpwsa@grblaw.com | Apr 20 2022 23:34:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14672898 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 20 2022 23:34:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14409966 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 20 2022 23:34:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14699294 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 20 2022 23:34:00 | The Bank of New York Mellon, NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14409967 | + Email/Text: BKRMailOps@weltman.com | Apr 20 2022 23:34:00 | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |
| 14519267 | + Email/Text: bankruptcy@huntington.com | Apr 20 2022 23:34:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14659215 | + Email/PDF: ebn_ais@aisinfo.com | Apr 20 2022 23:39:15 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | The Bank of New York Mellon as Indenture Trustee f |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14522146 | *+ | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14522147 | *+ | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14522148 | *+ | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |
| 14522154 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14522149 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14522150 | *+ | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14522151 | *+ | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14522152 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14522159 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, PO Box 8218, Mason, OH 45040 |
| 14522153 | *+ | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14522155 | *+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14522156 | *+ | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14522157 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14522158 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14522160 | *+ | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14522161 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14522162 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14522166 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14698283 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14522163 | *+ | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522167 | *+ | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14522168 | *+ | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |
| 14522169 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14522170 | *+ | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |

TOTAL: 4 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 22, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2022 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Apr 20, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Matthew Christian Waldt | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Michael C. Eisen | on behalf of Debtor Theresa J. Hendricks attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9