**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>THERESA J. HENDRICKS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:17-21711 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

April 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 04/25/2017 and confirmed on 7/6/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,563.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 33,563.00 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,500.00 | |
|    Trustee Fee | 1,566.28 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,066.28 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON - INDENTU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3604 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4H78 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4H78 | | | | |
|   SANTANDER CONSUMER USA** | 7,875.00 | 7,875.00 | 1,540.63 | 9,415.63 |
|     Acct: 4195 | | | | |
|   BANK OF NEW YORK MELLON - INDENTU | 930.24 | 930.24 | 2,944.80 | 3,875.04 |
|     Acct: 3604 | | | | |
| | | | | 13,290.67 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   THERESA J. HENDRICKS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M EISEN AND ASSOCIATES PC | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JORDAN TAX SERVICE INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2451 | | | | |
|   INTERNAL REVENUE SERVICE* | 361.26 | 361.26 | 0.00 | 361.26 |
|     Acct: 4931 | | | | |
|   PA DEPARTMENT OF REVENUE* | 39.85 | 39.85 | 0.00 | 39.85 |
|     Acct: 4931 | | | | |
|   CITY AND SCHOOL DISTRICT OF PITTSBU | 2,107.60 | 2,107.60 | 0.00 | 2,107.60 |
|     Acct: 2451 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 0.00 | 10,180.72 | 0.00 | 10,180.72 |
|     Acct: 0508 | | | | |
|   BANK OF NEW YORK MELLON - INDENTU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3604 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 42.07 | 42.07 | 0.00 | 42.07 |
|     Acct: XXXXXXXXXXXXXXXXXXXENUE | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 0.27 | 0.27 | 0.00 | 0.27 |
| Acct: XXXXXXXXXXXXXXXXXXXENUE | | | | |
| | | | | 12,731.77 |
| **Unsecured** | | | | |
| ACBA FCU(*) | 4,922.58 | 348.03 | 0.00 | 348.03 |
| Acct: 5309 | | | | |
| ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0901 | | | | |
| ACBA FCU(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0904 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 1,057.92 | 74.79 | 0.00 | 74.79 |
| Acct: 2037 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4186 | | | | |
| CLEARVIEW FCU** | 700.78 | 49.55 | 0.00 | 49.55 |
| Acct: 0172 | | | | |
| CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3664 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4630 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 640.51 | 45.28 | 0.00 | 45.28 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0971 | | | | |
| ERC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0471 | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | 565.21 | 39.96 | 0.00 | 39.96 |
| Acct: 6381 | | | | |
| MIDLAND FUNDING LLC | 439.06 | 31.04 | 0.00 | 31.04 |
| Acct: 3029 | | | | |
| DEPARTMENT STORES NATIONAL BANK | 486.62 | 34.40 | 0.00 | 34.40 |
| Acct: 1580 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 666.81 | 47.14 | 0.00 | 47.14 |
| Acct: 6494 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 2,645.38 | 187.03 | 0.00 | 187.03 |
| Acct: 4911 | | | | |
| PITTSBURGH PARKING COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4397 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8351 | | | | |
| QUEST DIAGNOSTICS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4631 | | | | |
| HUNTINGTON NATIONAL BANK(*) | 704.48 | 49.81 | 0.00 | 49.81 |
| Acct: 9050 | | | | |
| PA DEPARTMENT OF REVENUE* | 3.85 | 0.00 | 0.00 | 0.00 |
| Acct: 4931 | | | | |
| SANTANDER CONSUMER USA** | 7,800.96 | 551.53 | 0.00 | 551.53 |
| Acct: 4195 | | | | |
| INTERNAL REVENUE SERVICE* | 59.18 | 4.18 | 0.00 | 4.18 |
| Acct: 4931 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 163.20 | 11.54 | 0.00 | 11.54 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8351 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERT W WILLIAMS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
|    JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    ALDRIDGE PITE LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    APELLES++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6147 | | | | |
|    WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 1,474.28 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 27,496.72 |

TOTAL CLAIMED
PRIORITY        2,551.05
SECURED         8,805.24
UNSECURED      20,856.54

Date: 04/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

Case 17-21711-JAD    Doc 92    Filed 04/29/22    Entered 04/30/22 00:28:03    Desc Imaged
Certificate of Notice    Page 4 of 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　　THERESA J. HENDRICKS<br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:17-21711 JAD<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.




　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 17-21711-JAD

Theresa J. Hendricks     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 4
Date Rcvd: Apr 27, 2022     Form ID: pdf900     Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa J. Hendricks, 1102 Blackadore Ave, Pittsburgh, PA 15221-1316 |
| 14409945 | + | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14409959 | + | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14409962 | + | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522164 | + | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 14522165 | + | Pittsburgh Water & Sewer Authority, Penn Liberty Plaza I, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 14409964 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14409965 | + | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 28 2022 00:06:00 | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 28 2022 00:06:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14522145 | + | Email/Text: acbafcu@onecommail.com | Apr 28 2022 00:06:00 | ACBA FCU, 307 4th Ave, Pittsburgh, PA 15222-2108 |
| 14409944 | + | Email/Text: acbafcu@onecommail.com | Apr 28 2022 00:06:00 | ACBA Federal Credit Union, The Bank Tower Suite 801, 307 Fourth Ave, Pittsburgh, PA 15222-2113 |
| 14409946 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Apr 28 2022 00:06:00 | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14409947 | + | Email/Text: documents@apellesnow.com | Apr 28 2022 00:07:00 | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |
| 14409953 | | Email/Text: kburkley@bernsteinlaw.com | Apr 28 2022 00:07:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14409948 | + | Email/Text: BarclaysBankDelaware@tsico.com | Apr 28 2022 00:06:00 | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14651791 | + | Email/Text: ebnjts@grblaw.com | Apr 28 2022 00:06:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14409949 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 28 2022 00:07:00 | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14409950 | + | Email/Text: convergent@ebn.phinsolutions.com | Apr 28 2022 00:07:00 | Convergent Outsourcing, 800 SW 39th Street, PO |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Box 9004, Renton, WA 98057-9004 |
| 14409951 | + Email/Text: ccusa@ccuhome.com | Apr 28 2022 00:06:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14409958 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 28 2022 00:12:21 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14697344 | Email/Text: bnc-quantum@quantum3group.com | Apr 28 2022 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14409952 | + Email/Text: bankruptcynotices@dcicollect.com | Apr 28 2022 00:07:00 | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14409954 | + Email/Text: bknotice@ercbpo.com | Apr 28 2022 00:07:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14409955 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Apr 28 2022 00:12:41 | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14409956 | + Email/Text: crdept@na.firstsource.com | Apr 28 2022 00:07:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14409957 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2022 00:06:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690909 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 28 2022 00:07:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14409960 | Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2022 00:06:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14409961 | + Email/Text: ngisupport@radiusgs.com | Apr 28 2022 00:06:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14409963 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 28 2022 00:12:43 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14410822 | + Email/PDF: rmscedi@recoverycorp.com | Apr 28 2022 00:12:29 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14419992 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 28 2022 00:06:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14659012 | + Email/Text: ebnpeoples@grblaw.com | Apr 28 2022 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14651792 | + Email/Text: ebnpwsa@grblaw.com | Apr 28 2022 00:06:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14672898 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 28 2022 00:07:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14409966 | + Email/Text: enotifications@santanderconsumerusa.com | Apr 28 2022 00:07:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14699294 | + Email/Text: nsm_bk_notices@mrcooper.com | Apr 28 2022 00:06:00 | The Bank of New York Mellon, NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14409967 | + Email/Text: BKRMailOps@weltman.com | Apr 28 2022 00:07:00 | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |
| 14519267 | + Email/Text: bankruptcy@huntington.com | Apr 28 2022 00:06:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14659215 | + Email/PDF: ebn_ais@aisinfo.com | Apr 28 2022 00:12:18 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | The Bank of New York Mellon as Indenture Trustee f |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14522146 | *+ | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14522147 | *+ | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14522148 | *+ | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |
| 14522154 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14522149 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14522150 | *+ | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14522151 | *+ | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14522152 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14522159 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, PO Box 8218, Mason, OH 45040 |
| 14522153 | *+ | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14522155 | *+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14522156 | *+ | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14522157 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14522158 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14522160 | *+ | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14522161 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14522162 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14522166 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14698283 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14522163 | *+ | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522167 | *+ | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14522168 | *+ | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |
| 14522169 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14522170 | *+ | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |

TOTAL: 4 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2022    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Matthew Christian Waldt | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Michael C. Eisen | on behalf of Debtor Theresa J. Hendricks attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9