| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Theresa J. Hendricks<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4931<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number:   17–21711–JAD | | |

# Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Theresa J. Hendricks
   aka Theresa J. Mickle

6/14/22                                                                 **By the court:** Jeffery A. Deller
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-21711-JAD |
| Theresa J. Hendricks | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 4 |
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 43 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa J. Hendricks, 1102 Blackadore Ave, Pittsburgh, PA 15221-1316 |
| 14409945 | + | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14409959 | + | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14409962 | + | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522164 | + | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 14522165 | + | Pittsburgh Water & Sewer Authority, Penn Liberty Plaza I, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 14409964 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14409965 | + | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jun 15 2022 00:11:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14522145 | + | Email/Text: acbafcu@onecommail.com | Jun 15 2022 00:12:00 | ACBA FCU, 307 4th Ave, Pittsburgh, PA 15222-2108 |
| 14409944 | + | Email/Text: acbafcu@onecommail.com | Jun 15 2022 00:12:00 | ACBA Federal Credit Union, The Bank Tower Suite 801, 307 Fourth Ave, Pittsburgh, PA 15222-2113 |
| 14409946 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jun 15 2022 00:11:00 | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14409947 | + | Email/Text: documents@apellesnow.com | Jun 15 2022 00:12:00 | Apelles, 3700 Corporate Drive, Ste 240, |

Case 17-21711-JAD    Doc 95    Filed 06/16/22    Entered 06/17/22 00:27:20    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0315-2 | User: auto | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 43 |

| Recipient ID | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| | | | Columbus, OH 43231-5001 |
| 14409953 | Email/Text: kburkley@bernsteinlaw.com | Jun 15 2022 00:12:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14409948 | + EDI: TSYS2 | Jun 15 2022 04:08:00 | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14651791 | + Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14409949 | + Email/Text: bankruptcy@clearviewfcu.org | Jun 15 2022 00:12:00 | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14409950 | + EDI: CONVERGENT.COM | Jun 15 2022 04:08:00 | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14409951 | + EDI: CCUSA.COM | Jun 15 2022 04:08:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14409958 | + EDI: CITICORP.COM | Jun 15 2022 04:08:00 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14697344 | EDI: Q3G.COM | Jun 15 2022 04:08:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14409952 | + EDI: DCI.COM | Jun 15 2022 04:08:00 | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14409954 | + Email/Text: bknotice@ercbpo.com | Jun 15 2022 00:12:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14409955 | + EDI: AMINFOFP.COM | Jun 15 2022 04:08:00 | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14409956 | + Email/Text: crdept@na.firstsource.com | Jun 15 2022 00:12:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14409957 | + EDI: IRS.COM | Jun 15 2022 04:08:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690909 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14409960 | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2022 00:12:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14409961 | + EDI: PINNACLE.COM | Jun 15 2022 04:08:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14409963 | EDI: PRA.COM | Jun 15 2022 04:08:00 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14410822 | + EDI: RECOVERYCORP.COM | Jun 15 2022 04:08:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14419992 | EDI: PENNDEPTREV | Jun 15 2022 04:08:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14419992 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14659012 | + Email/Text: ebnpeoples@grblaw.com | Jun 15 2022 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14651792 | + Email/Text: ebnpwsa@grblaw.com | Jun 15 2022 00:11:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14672898 | + EDI: JEFFERSONCAP.COM | Jun 15 2022 04:08:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn |

Case 17-21711-JAD    Doc 95    Filed 06/16/22    Entered 06/17/22 00:27:20    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0315-2 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: 3180W | Total Noticed: 43 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14409966 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 15 2022 00:12:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14699294 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2022 00:12:00 | The Bank of New York Mellon, NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14409967 | + | Email/Text: BKRMailOps@weltman.com | Jun 15 2022 00:12:00 | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |
| 14519267 | + | Email/Text: bankruptcy@huntington.com | Jun 15 2022 00:12:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14659215 | + | EDI: AIS.COM | Jun 15 2022 04:08:00 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

(continuation from prior page: 56302-7999)

TOTAL: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | The Bank of New York Mellon as Indenture Trustee f |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14522146 | *+ | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14522147 | *+ | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14522148 | *+ | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |
| 14522154 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14522149 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14522150 | *+ | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14522151 | *+ | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14522152 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14522159 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, PO Box 8218, Mason, OH 45040 |
| 14522153 | *+ | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14522155 | *+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14522156 | *+ | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14522157 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14522158 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14522160 | *+ | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14522161 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14522162 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14522166 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14698283 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14522163 | *+ | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522167 | *+ | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14522168 | *+ | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |
| 14522169 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14522170 | *+ | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |

TOTAL: 4 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Matthew Christian Waldt | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com  bkecf@milsteadlaw.com |
| Michael C. Eisen | on behalf of Debtor Theresa J. Hendricks attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 9