IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

**DEFAULT O/E JAD**

IN RE:
THERESA J. HENDRICKS

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:17-21711 JAD

Chapter 13

Document No.: 84

FILED
6/14/22 2:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this __14th__ day of __June__, 20_22_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.



BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE   jsf

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                               Case No. 17-21711-JAD

Theresa J. Hendricks                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                          User: auto                                                Page 1 of 4

Date Rcvd: Jun 14, 2022                               Form ID: pdf900                                  Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresa J. Hendricks, 1102 Blackadore Ave, Pittsburgh, PA 15221-1316 |
| 14409945 | + | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14409959 | + | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14409962 | + | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522164 | + | Pittsburgh Parking Court, PO Box 640, Pittsburgh, PA 15230-0640 |
| 14522165 | + | Pittsburgh Water & Sewer Authority, Penn Liberty Plaza I, 1200 Penn Ave, Pittsburgh, PA 15222-4216 |
| 14409964 | + | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14409965 | + | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | City and School District of Pittsburgh, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jun 15 2022 00:11:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES 15219-6101 |
| 14522145 | + | Email/Text: acbafcu@onecommail.com | Jun 15 2022 00:12:00 | ACBA FCU, 307 4th Ave, Pittsburgh, PA 15222-2108 |
| 14409944 | + | Email/Text: acbafcu@onecommail.com | Jun 15 2022 00:12:00 | ACBA Federal Credit Union, The Bank Tower Suite 801, 307 Fourth Ave, Pittsburgh, PA 15222-2113 |
| 14409946 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Jun 15 2022 00:11:00 | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14409947 | + | Email/Text: documents@apellesnow.com | Jun 15 2022 00:12:00 | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |
| 14409953 | | Email/Text: kburkley@bernsteinlaw.com | Jun 15 2022 00:12:00 | Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14409948 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 15 2022 00:12:00 | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14651791 | + | Email/Text: ebnjts@grblaw.com | Jun 15 2022 00:11:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14409949 | + | Email/Text: bankruptcy@clearviewfcu.org | Jun 15 2022 00:12:00 | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14409950 | + | Email/Text: convergent@ebn.phinsolutions.com | Jun 15 2022 00:12:00 | Convergent Outsourcing, 800 SW 39th Street, PO |

Case 17-21711-JAD    Doc 96    Filed 06/16/22    Entered 06/17/22 00:27:20    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 9004, Renton, WA 98057-9004 |
| 14409951 | + | Email/Text: ccusa@ccuhome.com | Jun 15 2022 00:11:00 | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14409958 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 15 2022 00:18:21 | Macy's, PO Box 8218, Mason, OH 45040 |
| 14697344 | | Email/Text: bnc-quantum@quantum3group.com | Jun 15 2022 00:12:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14409952 | + | Email/Text: bankruptcynotices@dcicollect.com | Jun 15 2022 00:12:00 | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14409954 | + | Email/Text: bknotice@ercbpo.com | Jun 15 2022 00:12:00 | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14409955 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 15 2022 00:17:59 | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14409956 | + | Email/Text: crdept@na.firstsource.com | Jun 15 2022 00:12:00 | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14409957 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 15 2022 00:12:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14690909 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 15 2022 00:12:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14409960 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2022 00:12:00 | Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14409961 | + | Email/Text: ngisupport@radiusgs.com | Jun 15 2022 00:12:00 | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14409963 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 15 2022 00:18:19 | Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14410822 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 15 2022 00:18:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14419992 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 15 2022 00:12:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14659012 | + | Email/Text: ebnpeoples@grblaw.com | Jun 15 2022 00:11:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14651792 | + | Email/Text: ebnpwsa@grblaw.com | Jun 15 2022 00:11:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14672898 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 15 2022 00:12:00 | Premier Bankcard, Llc, c o Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14409966 | + | Email/Text: enotifications@santanderconsumerusa.com | Jun 15 2022 00:12:00 | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14699294 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 15 2022 00:12:00 | The Bank of New York Mellon, NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS, TX 75261-9096 |
| 14409967 | + | Email/Text: BKRMailOps@weltman.com | Jun 15 2022 00:12:00 | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |
| 14519267 | + | Email/Text: bankruptcy@huntington.com | Jun 15 2022 00:12:00 | The Huntington National Bank, PO Box 89424, Cleveland, OH 44101-6424 |
| 14659215 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 15 2022 00:17:59 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Duquesne Light Company |
| cr | | NATIONSTAR MORTGAGE LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | | The Bank of New York Mellon as Indenture Trustee f |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 14522146 | *+ | Allegheny Co. Central Tax Collection Dis, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 14522147 | *+ | AllianceOne Receivables Management, 4850 Street Road, Ste 300, Trevose, PA 19053-6643 |
| 14522148 | *+ | Apelles, 3700 Corporate Drive, Ste 240, Columbus, OH 43231-5001 |
| 14522154 | *P++ | BERNSTEIN LAW FIRM, 707 GRANT ST, STE 2200 GULF TOWER, PITTSBURGH PA 15219-1900, address filed with court:, Duquesne Light, Customer Care Department, 411 Seventh Ave, MD 6-1, Pittsburgh, PA 15230 |
| 14522149 | *+ | Barclays Bank Delaware, Card Services, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14522150 | *+ | Clearview Federal Credit Union, 8805 University Blvd, Coraopolis, PA 15108-4212 |
| 14522151 | *+ | Convergent Outsourcing, 800 SW 39th Street, PO Box 9004, Renton, WA 98057-9004 |
| 14522152 | *+ | Credit Collections U.S.A., 16 Distributor Drive, Ste 1, Morgantown, WV 26501-7209 |
| 14522159 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Macy's, PO Box 8218, Mason, OH 45040 |
| 14522153 | *+ | Diversified Consultants Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 14522155 | *+ | ERC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 14522156 | *+ | First Premier, 3820 N. Louise Ave, Sioux Falls, SD 57107-0145 |
| 14522157 | *+ | Firstsource Advantage LLC, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 14522158 | *+ | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14522160 | *+ | Matthew D. Urban, Esq., Weltman, Weinberg & Reis Co. LPA, 436 7th Ave, Ste 2500, Pittsburgh, PA 15219-1842 |
| 14522161 | *P++ | NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096, address filed with court:, Nationstar Mortgage, 350 Highland Drive, Lewisville, TX 75067 |
| 14522162 | *+ | Northland Group Inc., PO Box 390846, Minneapolis, MN 55439-0846 |
| 14522166 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, PO Box 12914, Norfolk, VA 23541 |
| 14698283 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14522163 | *+ | Peoples, PO Box 535323, Pittsburgh, PA 15253-5323 |
| 14522167 | *+ | Quest Diagnostics, 875 Greentree Road, 4 Parkway Center, Pittsburgh, PA 15220-3610 |
| 14522168 | *+ | Robert W. Williams, Esq., 220 Lake Drive East, Ste 301, Cherry Hill, NJ 08002-1165 |
| 14522169 | *+ | Santander Consumer USA, PO Box 560284, Dallas, TX 75356-0284 |
| 14522170 | *+ | The Huntington National Bank, c/o Weltman, Weinberg & Reis Co. LPA, 323 W. Lakeside Ave, Ste 200, Cleveland, OH 44113-1009 |

TOTAL: 4 Undeliverable, 26 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 16, 2022       Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 41

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor The Bank of New York Mellon as Indenture Trustee for Nationstar Home Equity Loan Trust 2009-A bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor City and School District of Pittsburgh jhunt@grblaw.com |
| Matthew Christian Waldt | on behalf of Creditor NATIONSTAR MORTGAGE LLC mwaldt@milsteadlaw.com bkecf@milsteadlaw.com |
| Michael C. Eisen | on behalf of Debtor Theresa J. Hendricks attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Peter J. Ashcroft | on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9